FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 8 2008

'08 - CV - 01750

U.S.COURTHOUSE
901 19TH ST
DENVER,CO 80294

GREGORY C. LANGHAM
CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -8 2008

GREGORY C. LANGHAM
CLERK

Defendant Don Law.

Case Number: 00cr3135

V.S.

Plaintiff, The State of Colorado.

Motion Asking the court to vacate conviction pursuant to District Attorney ms. kerri Lombardi presented tainted testimony at the Defendants trial violateing the defendants Due, Process Rights the District Attorney also violated defendants Const under Amends.5.14. Defendants Rights also was violated under Amend, Article[V]

NOW COMES THE DEFENDANT DON LAW,by and through(PRO SE)counsel and moves this court to enter an order vacating his conviction in this case.DEFENDANT DON LAW ask this court to reverse his conviction due to(TAINTED TESTIMONY)that was presented by(DISTRICT ATTORNEY), MS.KERRI LOMBARDI at the defendant trial.THE witness,MS.FAITH LAW who is also the victim in this case perjured her self on the witness stand at trial.MS.FAITH LAW was the only witness with direct knowledge of the alleged unlawful sexual touching.THE testimony of all other witness regarding the underlying conduct was based upon ms.faith law statement to them.THERE was no physical evidence of the alleged assault entered into evidence defendant, was charged on JULY 17,2000,defendant(DON LAW),was chared with (SEXUAL ASSAULT ON A CHILD BY A PERSON IN A POSITION OF TRUST), (AGGRAVATED INCEST)(SEXUAL ASSAULT ON A CHILD).THE CHARGES THAT THE PEOPLE,filed against the defendant are all false charges,there was no evidence to support the charges that the PEOPLE filed against the defendant(DON LAW).HEARSAY evidence was the only evidence presented at trial.VICTIM MS.FAITH LAW testimony and it was false the victim witness ms.faith law admitted that she lied in her (STATEMENT)and in(COURT),and she admitted this in a letter address to the defendant DATED(MAY 22,2003),ms.faith law also admits that she lied to police officers in her statement.

(CONVICTION UNDER ATTACK).

THE DATE OF DEFENDANT CONVICTION WAS(JAN 16,2000).
MR.LAW'S conviction resulted pursuant to trial by jury.
DISTRICT ATTORNEY MS.KERRI LOMBARDI presented(TAINTED TESTIMONY) at the defendant trial.

(1)CLAIMS.
DISTRICT ATTORNEY MS.KERRI LOMBARDI only witness with direct
knowledge was the victim ms.faith law and she admitted to giving
tainted testimony when she said that she lied in court.

(2)CLAIMS.
THE defendant says that there exists evidence of material facts
not heretofore presented and heard,which,by the exercise of
reasonable diligence,could not have been known to or learned by the
defendant or his ATTORNEY prior to the submission of the issue to
the court and jury,and which requires vacating of the conviction in
the interest of justice.

(3)GROUNDS OF MOTION.
AS to each of these claims,mr.law moves for his conviction to be
vacated,mr.law also incorporates the request for relief in the
pleadings which are incorporated into this motion.

(4)CLAIMS.
THE PEOPLE FILED CHARGES AGAINST THE DEFENDANT WITHOUT IMPOSING AN
INDICTMENT TO CHARGE THE DEFENDANT THE DISTRICT ATTORNEY VIOLATED
THE DEFENDANT CONSTITUTIONAL RIGHT UNDER ARTICLE(V).

(5),MR.LAW moves for his conviction to be vacated or a hearing on
each of these claims at which mr.law shall present evidence to the
court on issues and claims set forth herein.

(6)ALL CLAIMS and argument are made under the following grounds and
authorities,whether or not specifically stated in the claims itself
or elsewhere.THE due process,trial by jury,right to counsel,equal
protection,cruel and unusual punishment,confrontation,compulsory
process,right to remain silent and right to appeal cluses of the
united states constitution and colorado constitution,the privilege
against self incrimination under the united states constitution and
colorado constitution,the,first,fourth,fifth,sixth,eight,ninth,tenth,
AND fourteenth amendments to the united states constitution and the
colorado constitution,ARTICLE,2.3,6,7,10,11,16,18,20,23,25,and,28.

(7)ON JULY 2,2000,defendant mr.don law 12 year old daughter reported
that the defendant had sexual assaulted her,(V.1.PP.1-4)the victim
ms.faith law made a videotape"d statement to the police.AT trial,
the victim ms.faith law described the sexual abuse,and the jury
viewed her videotape interview with police during which she
described the assault.

(8)C.R.S(18-8-501)(1)MATERIALLY FALSE STATEMENT MEANS ANY FALSE
statement regardless of its admissible under the rules of evidence
which could have affected the course or out come of an official
proceeding or the action or decision of a public servant,or the
performance of a governmental function.

(9)C.R.S(18-8-502)(PERJURY IN THE FIRST DEGREE.(1)A PERSON COMMITS
perjury in the first degree if in any official proceeding he or she
knowingly makes a materially false statement,which he or she does
not believe to be true under an oath required or authorized by law.

(10)(8-8-111)FALSE REPORTING TO AUTHORITIES.(B)YOU make a report or knowingly cause's the transmission of a report to law enforcement authorities of crime or other incident within their official concern when they know that it did not occur,DISTRICT ATTORNEY MS. KERRI LOMBARDI witness victim ms.faith law admitted in a letter to the defendant dated(MAY 22,2003)that she had lied to the police officers about what happen.NOT only did the victim ms.faith law admit in the letter that she had lied to officers but she also admits that her mother MS.GLORIA UPSHAW had made her do it.

(11)DISTRICT ATTORNEY witness the victim ms.faith law statement to detective,lilly victim ms.faith law stated in her videotape interview that she had left the hotel room and walk to(7-ELEVEN)to call her mother to come and get her.(SEE.PP.30-31,)transcript of interview with ms.faith law.

(12)IN MS.FAITH LAW's recantation letter address to the defendant dated(MAY 22,2003)ms.faith law states in her recantation letter that her mother had come to the hotel and picked her up(SEE.PP.1.) of the letter to the defendant mr.don law.

(13)IN MS.FAITH LAW videotaped interview with detective lilly ms.faith law stated that the defendant climbed on top of her and put his hand down the inside of her underwear,and digitally penetrated her vagina while he kissed her with his tongue.see transcript from interview(PP.26-30-40).

(14)IN MS.FAITH LAW'S RECANTATION LETTER TO THE DEFENDANT DATED( MAY 22,2003)VICTIM MS.FAITH LAW states in her letter to the defendant that her mother was already mad that she wae at that hotel and that's why she called the police and told me to tell the police when they got to are house that you had pull my pants down and was touching on me my mom told me if i didn't do what she told me that she was going to put me out but she put me out anyway i just had to tell you the(TRUTH)about what happen my mom picked me up at the hotel not(7ELEVEN)and she made me(LIED)in my(STATEMENT)and in(COURT)

see victim letter to the defendant(PP.2.)of the letter.FALSE reporting to authorities.MUST appear by facts or direct averment IT is not necessary that the information should set forth how or in what way the evidence alleged to be false was reported.APPEARS either from the facts alleged or by direct averment.FALSE statement means any false statement regardless of its admissible under rules of evidence.

(15)AT trial,the victim ms.faith law described the sexual abuse,and the jury viewed her videotaped interview with police during which she described the assault.THE victim ms.faith law testified at trial that the defendant had sexually assault her.IN ms.faith law testimony at trial she said that her mother had picked her up at(7-ELEVEN) (V.4.PP.26.30.40.)ms.faith law testimony at trial,she testified that the defendant had climbed on top of her and put his hand down the inside of her underwear,moved his hand around and than digitally penetrated her vagina while he kissed her with his tongue. (V.4.PP.26.30.31.40.)IN addition to her testimony at trial,faith's videotaped interview was admitted and three witness testified to what faith had told them about what happen to her.faith's mother testified

about the details of the assault as related to her by faith one investigating officer gave a brief account of the facts as given to him by faith.

(16)VICTIM ms.faith law testified at trial that her mother picked her up(7ELEVEN)ms.faith law stated that she left the hotel room and walk to(7ELEVEN)to call her mother to come and get her(SEE.PP.30-31). TRANSCRIPT of interview with ms.faith law.

IN ms.faith law's recantation letter address to the defendant dated (MAY 22,2003)ms.faith law states in her recantation letter that her mother had come to the hotel and picked her up(SEE.PP.1.)of the letter to the defendant mr.don law.

MS.FAITH LAW testified at trial that the defendant climbed on top of her and put his hand down the inside of her underwear,and digitally penetrated her vagina while he kissed her with his tongue( SEE,TRANSCRIPT FROM INTERVIEW(PP.26.30.40).

IN ms.faith law's recantation letter to the defendant dated(MAY 22,2003) VICTIM ms.faith law states in her letter to the defendant that her mother was already mad that i was at that hotel and that's why she called the police and told me to tell the police when they got to are house that you had pull my pants down and was touching on me my mom told me if i didn't do what she told me that she was going to put me out but she put me out anyway i just had to tell you the(TRUTH)about what happen(MY MOM PICKED ME UP AT THE HOTEL NOT 7ELEVEN)and she made (LIE)in my statement and in(COURT)see,victim letter to the defendant (PP.2.)of the letter.

(17),(1)CONSTITUTIONAL(LAW-268-(9)CONVICTION acquired through use of perjured testimony by government violates(DUE PROCESS)regardless of wether government solicited testimony that it knew or should have known to be false,or simply all owed such testimony to pass uncorrected.u.s.c.a const,amends.5.14.GOVERNMENT's failure to produce letter written by victim was(BRADY VIOLATION REQUIRING REVERSAL FOR DENIAL OF DEFENDANT'S DUE PROCESS RIGHTS).IN light of material nature of letter on critical issue of victim's credibility concerning charge victim admitted in letter that she had lied.JUDGE held that government commited brady violation, requiring reversal for denial of due process by failing to produce letter written by victim.

(18)A witness may be guilty of perjury.NOT only by swearing corruptly and falsely to the fact which is immediately in issue,but also to any meterial circumstance which legitimately tends to prove or disprove such facts,or to any circumstance which has the affect to strengthen and corroborate the testimony upon the main fact.

(19)MATERIALITY must appear by facts or direct averment it is not necessary that the information should set forth how or in what way the evidence alleged to be false was materiality appears either from the facts alleged or by direct averment.

(1,2)A conviction acquired through the knowing use of perjured testimony by the government violates due proces,NAPUE V.ILLINOIS,360 U.S.264,269,79 S.CT.1173,1177,3 L.ED.2D 1217(1959).THIS is true regardless of weather the government solicited testimony it knew or should have known to be false or simply allowed such testimony to pass uncorrected UNITED STATES V.AGURS,427 U.S.97,103.96 s.ct.2392,2397,49 L.ED.2D 342(1976).GILIO V.UNITED STATES,405 U.S.150,153,92 s.c

763,765-66,31 L.ED 2D 104(1972).EVEN if the false testimony relates
only to the credibility of a government witness credibility into
question a conviction must be reversed  when there is any reasonable
likelihood that the false testimony could have affected the judgement
of the jury.(THIS is so because the jury's estimate of the truthfulness
and reliability of a given witness may well be determinative of guilt
or innocence,and it.IS upon such subtle factors as the possible
interest of the witness in testifying falsely that a defendant life
or liberty may depend,NAPUE,360 U.S.AT 269,79 S.CT.AT 1177)(THE jury
AGURS,427 U.S.AT 103,96 S.CT.2397,ACCORD NAPUE,360 U.S.AT269-70,79 s.ct.
AT 1177,THIS).

(20)DISTRICT ATTORNEY MS.KERRI LOMBARDI alleges that the victim
ms.faith law did not write the letter.LOMBARDI has no evidence to
support that statement.THERE is no oral or written acknowledgment from
the victim ms.faith law express words that she did not write the letter

(21)ON(MAY 22,2003)THE VICTIM MS.FAITH LAW wort the defendant mr.law
a letter in ms.faith law letter to the defendant,ms.faith law express
words to the fact of the case.(FACT)WHEN ms.faith law testified at
trial her testimony was that she walked to(7-ELEVEN)to call her mother
to come and get her.(SEE.PP.30-31)transcript.IN ms.faith law's letter
to the defendant dated(MAY 22,2003)ms.faith law acknowledges that her
mother did not pick her up at(7-ELEVEN)she express in the letter that
her mother in fact picked her up at the hotel(SEE.PP.1).OF THE LETTER
to the defendant.(FACT)WHEN MS.FAITH LAW testified at trial her
testimony was that the defendant had climbed on top of her and put his
hand down the inside of her underwear.IN MS.FAITH LAW'S LETTER TO THE
defendant ms.faith law express words of acknowledgment that her mother
had told her to tell the police that the defendant had pull her pants
down and was touching on her(FACT)AT the end of the letter it is singed
by ms.faith law it says love faith.(FACT)IN the victim letter to the
defendant the victim acknowledge that(LIED)IN(COURT)AND IN HER
STATEMENT).THE victim ms.faith law express words in her letter to the
to the main(FACT)of the case even to some essential fact of it.
ACKNOWLEDGMENT is an oral written statement to the main fact.THE victim
confess to lien in(COURT)and she singed her name to the written
confession.

(22)DISTRICT ATTORNEY MS.KERRI LOMBARDI says that the defendant
confess to sexually assaulting his daughter.HOW can the defendant
confess to sexually assaulting his daughter when the crime never happen
the victim ms.faith law has admitted in a letter that she was not
sexually assaulted by the defendant mr.don law.

(23)ALL person born or naturalized in the united states,and subject
to the jurisdiction thereof,are citizens of the united states and of
the state wherein they reside.NO state shall make or enforce any law
which shall abridge the privileges or immunities of citizens of the
united states nor shall any state deprive any person of life,liberty
or property without(DUE PROCESS)OF THE LAW,nor deny to any person
within its jurisdiction the equal protection of the laws.

(24)US V.KELLY,35,F3D,929(4TH CIR 1994)(1)DUE,PROCESS,REQUIRES state
to disclose material evidence affecting credibility of witness,(2)
conviction must be reversed if there is any reasonable likelyhood
that false testimony could have affected judgment of jury even if
testimony relates only to credibility of witness and other evidence
also has called into question credibility of witness.

(25)MESAREOSH V.US,352,us,1.1,1ed,2d1,(77,sct,1956)TRUTHFULNESS of
testimony the dignity of the united states will not permit the
conviction of any person on(TAINTED,TESTIMONY.).

(26)IN A LETTER dated(MAY 22,2003)a copy of which is attached hereto
ms.faith law recanted her claim that mr.law touched her improperly
the same letter that she said she(LIED IN COURT)and in her statement.
also attached hereto is faith statement to the police and her
transcript statement.

(27)ALL other witness who testified had only indirect knowledge of the
alleged,incident that was based on faith law's claims at the time of
alleged incident.

(28)UPON a retrial the newly discovered evidence would produce an
acquittal.


WHEREFORE,DEFENDANT DON LAW RESPECTFULLY REQUESTS THIS COURT TO VACATE
HIS CONVICTION PURSUANT TO DISTRICT ATTORNEY MS.KERRI LOMBARDI
PRESENTING TAINTED TESTIMONY AT TRIAL.


Aug 8, 2008


PRO,SE
Don Law


DENVER DISTRICT ATTORNEY'S OFFICE
201 WEST COLFAX,AVE# 8 floor
DENVER,CO 80202


U.S.COURTHOUSE
901 19TH ST
DENVER,CO 80294

May 22, 2003

Dear Dad

Hi Dad. How are you doing? I hope that you are doing fine. I am doing fine. i don't stay with my mom anymore because me and my step dad had a fight. So i stay with my Grandma in montbello. I go your address from tammy when they was at the house in aurora. Dad sorry that you had to go back to jail but my mom made me do it when you left me at the hotel looking at t.v. you left to go

get some chicken to take back to tammy sister house and when you left i called my mom and she ask me where i was calling from and i told her from a hotel room she ask me to go and get the address from the front desk so she can come and pick me up my mom come to the hotel and pick me up and when we got home she ask me what happen and why was i at the hotel and i told my mom that you got the room for you and tammy and that you had left to go and get tammy and bring her back to the room but she

to go to sleep you have
my grandma address so you
can write me back< When
you get this letter.

love

Faith

was already mad that i was
at that hotel and that's why
she called the police and told
me to tell the police when he
got to the house that you had
pull my pants down and was
touching on me my mom
told me i didn't do what she
told me that she was going
to put me out but she put
me out anyway i just had to
tell you the truth about what
happen my mom pick me up
at the hotel not seven eleven
and she made me lie in my
statement and in court but
i will talk to you again soon
its getting late and i am really



# Denver Police Department

**Sgt. Jim Kukuris 84031**
**Crimes Against Persons**
**Bureau**
**Sex Crimes Unit**

Police Administration Building
1331 Cherokee Street
Denver, Colorado 80204

Office (720) 913-6123
Fax (720) 913-7020
KukurisJ@ci.denver.co.us



Faith D. LAW
12079 E. Archer Pl. #13
Aurora, CO
80012

Don LAW JR
83245
FCFCH 8
P.O. Box 999
Canon City, CO
81215

Page _1_ of _2_ Pages

Case No. _____

## Denver Police Department
### STATEMENT

| Name (Last, First, Middle Initial) | Making Statement is: ☐ Officer ☒ Witness ☐ Person advised |
|---|---|

LAW  FAITH

| Residence Street Address | City | County | State | Zip Code |
|---|---|---|---|---|
| 12079 E Archer PL #413 Aurora | | CO | | 80012 |

| Residence Phone | Business Phone | Social Security No. | Date of Birth / Serial No. |
|---|---|---|---|
| ( ) 340-3148 | ( ) | | 4-21-88 |

| Business Street Address | City | County | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| Officer Taking Statement | Serial No. | Date | Time |
|---|---|---|---|
| Gentry | 97008 | 7-2-00 | 0130 Hours |

| Concerning an incident occurring at: | Location where statement taken: |
|---|---|
| 670 E Colfax Ave # 107 | 1500 Quebec St |

Summary of Statement:

"My Dad picked me up at home around 3:00 or 4:00 pm. We went to his house. We were supposed to get some chicken and then go to his girlfriend's house. But we didn't. We went to a hotel. We were talking about my school work then I didn't want to talk about it anymore. I tried to walk out of the room. He stood in front of the door so I couldn't go out. I was sitting on the bed then he pushed me down on the bed so that I was lying down. He got on top of me. I tried to push him off of me several times and He said he wasn't going to move. Then he put his hand down my pants inside my underware. I screamed and he told me to be quiet. I got up and walked out and went to the car. I got my stuff out of the car and walked to

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.*

7/2/00
Date

0145
Time Statement Completed

☐ AM
☐ PM

X faith Law
Signature of Person Making Statement

DPD 366 (Rev. 2/95)

* 0 6 0 0

1

1

2

3

4

5          RECORDED INTERVIEW

6                with

7            FAITH LAW

8

9           July 1, 2000

10

11

12        Case No. 2000-24915

13

14

15

16

17

18      District Attorney's Office

19         Denver, Colorado

20

21

22

23

24

25

```
 1                          EXAMINATION

 2     BY MS. LILLY:

 3          Q    You can call me Kathy.  Is that all right

 4     with you?

 5               Now your first name is what now?

 6          A    Faith.

 7          Q    Faith.  How about a middle name?

 8          A    Demeshann.

 9          Q    Okay, can you spell that for me.

10          A    D-e-m-e-s-h-a-n-n.

11          Q    Okay.  And your last name is Law; is that

12     right?

13          A    Uh-huh.

14          Q    Okay.  And what's your date of birth?

15          A    4-20-88.

16          Q    And on the way up here in the elevator, you

17     said you're 12; is that right?

18          A    Uh-huh.

19          Q    And where do you go to school?

20          A    South Middle School.

21          Q    And what grade are you in?

22          A    Sixth.

23          Q    Glad to be out for the summer?

24          A    Uh-huh.

25          Q    Are you?  And what's your home address?
```

3

1        A    12079 --

2        Q    12079?

3        A    Uh-huh.  East Archer Place, apartment number

4    413.

5        Q    Is that Aurora?

6        A    Uh-huh.

7        Q    Okay.  What's the zip code there, do you

8    know?

9        A    80012.

10       Q    How about a home phone number?

11       A    303 340-3148.

12       Q    How long have you lived there on Archer

13   Place?

14       A    I think for about a year.

15       Q    Where did you live before that?

16       A    I don't remember.

17       Q    Don't remember?  You got a lot of friends

18   and stuff there since you've lived there for a year?

19       A    Uh-huh.

20       Q    Do you?  How do you like school when you're

21   in school?  You like it, don't like it, what?

22       A    Don't like it.

23       Q    Don't like it?  Do you have any favorite

24   classes you do like?

25       A    Science and math.

4

```
 1          Q     Oh, you do?  Science and math, those are
 2     usually the ones the girls complain the most about.
 3     Which ones do you not like?
 4          A     Social studies and language.
 5          Q     What, the English language or a foreign
 6     language?
 7          A     English language.
 8          Q     English language.  Yeah, it's sort of hard,
 9     huh?
10          A     Uh-huh.
11          Q     Okay, now why are you here to talk to me,
12     young lady?
13          A     Because of my dad.
14          Q     Because of your dad?  Who's your dad?
15     What's his name?
16          A     Don.
17          Q     Don what?
18          A     Law.
19          Q     Don Law, okay.  What about your dad?
20          A     Last night we were supposed to -- he was
21     supposed to go out with his girlfriend and her sister,
22     and then we were supposed to go get chicken before we
23     went to her other sister's house.  And then we had
24     went to a motel.  And then -- and then -- and then we
25     had stayed at the motel for a minute.
```

1          And then I told him that I didn't want to be

2     there anymore.  And then he says:  I hate taking care.

3     And then I tried to go out the door because I didn't

4     want to be there anymore, and he wouldn't let me out.

5     And then we were talking about my school work, and

6     then I didn't want to talk about it.  I wanted -- so I

7     tried to go out again.  And then he still wouldn't let

8     me out.

9          Then I sat on the bed, and then he pushed me

10    so I was laying down, and I had tried to get up.  And

11    then he wouldn't let me up.  And then -- then he got

12    on top of me, and then he put his hands in my pants.

13         Q    Okay.  Then he put his hands in your pants,

14    okay.  Well, let's slow this down just a little bit,

15    okay, because you covered a lot of ground in a real

16    short period of time.  Okay.

17         All right, you said he came and picked you

18    up?

19         A    Uh-huh.

20         Q    From where?  Where were you when he picked

21    you up?

22         A    At home.

23         Q    At home on Archer Place?

24         A    Uh-huh.

25         Q  : Okay.  Who was with him when he picked you

```
 1   up?

 2        A    His girlfriend.

 3        Q    Okay, what's the girlfriend's name?

 4        A    Tammy.

 5        Q    Tammy what, do you know?

 6        A    Daniels.

 7        Q    Anybody else with him?

 8        A    Huh-uh.

 9        Q    Okay.  What time did he pick you up?

10        A    3:00 or 4:00.

11        Q    In the afternoon?

12        A    Uh-huh.

13        Q    Okay.  And what kind of car was he in?

14        A    I don't know what it's called but it's a

15   silver car.

16        Q    Silver car?

17        A    Uh-huh.

18        Q    Okay, new, old, what?

19        A    Huh?

20        Q    New car, old car?

21        A    It's newer.

22        Q    Newer, okay.  Has it got two doors or four

23   doors or a station wagon or what?

24        A    Two doors.

25        Q    Two doors.  It's a little car?
```

7

1        A     Uh-huh.

2        Q     Okay.  What color is the interior of the

3    car, the seats and stuff like that?  It's silver on

4    the outside; what color is on the inside?

5        A     Gray.

6        Q     Gray?  Okay, dark gray, light gray?

7        A     Dark.

8        Q     Dark gray?  Okay.  Now did you sit in the

9    front or the back?

10       A     The back.

11       Q     In the back seat.  Who was driving?

12       A     My dad.

13       Q     Okay, where did you go after he very first

14   picked you up from his house?

15       A     We went to the other house where he used to

16   live in, and we dropped some stuff off over there.

17       Q     Okay, do you know where that house is?

18       A     It's on Moline Street.

19       Q     On Moline?

20       A     Uh-huh.

21       Q     Okay.  What kind of stuff did you drop off

22   there?

23       A     I don't know because I didn't get out.

24       Q     Okay, was it stuff that was in the trunk or

25   the back seat with you or what?

8

```
1       A    In the trunk.

2       Q    Okay.  And did this Tammy help him too?

3       A    Uh-huh.

4       Q    Okay.  Who lives at Moline Street now, do

5    you know?

6       A    Nobody.

7       Q    It's an empty house?

8       A    Uh-huh.

9       Q    Okay, a vacant house.  Okay.  How long do

10   you think you might have been there, at the house

11   there on Moline?

12      A    For about ten minutes.

13      Q    Okay.  And after they dropped off the stuff

14   there at the vacant house, then where did you go?

15      A    We went to the gas station.

16      Q    Which one, do you know?

17      A    Huh-uh.

18      Q    Okay, what did you do at the gas station?

19      A    We got gas.

20      Q    Uh-huh.  Anything else?  Munchies or

21   anything like that?

22      A    Huh-uh.

23      Q    And after you left the gas station, where

24   did you go?

25      A    We went back to his house.
```

1      Q      His house?

2      A      Uh-huh.

3      Q      Okay, where is his house at?

4      A      I don't know exactly what the street is, but

5      if I'd seen it I would know it's his house.

6      Q      Okay.  What's the house look like?

7      A      It's blue and on the side is white.

8      Q      Uh-huh.

9      A      And there's two alleys.

10     Q      Okay, two alleys.  All right.  Upstairs and

11     downstairs, or upstairs, downstairs and basement, or

12     what?

13     A      It's just upstairs.

14     Q      Just upstairs, okay.  Is it a house all by

15     itself, or is it in an apartment?

16     A      It's kind of like an apartment.  It's like

17     two houses per site.

18     Q      Duplex?

19     A      Uh-huh.

20     Q      Okay.  Does anybody live there with him?

21     A      Tammy, her three kids, and she has one on

22     the way, and her sister and her daughter.

23     Q      Tammy's sister?

24     A      Uh-huh.

25     Q      What's Tammy's sister's name?

```
 1        A    Beverly.

 2        Q    How old is Beverly?

 3        A    I don't know.

 4        Q    Is she an adult or kid or --

 5        A    She's an adult.

 6        Q    Okay, what about Tammy, about how old is

 7   she?

 8        A    Twenty-eight.

 9        Q    About 28.  Okay, does Beverly have any kids

10   too or --

11        A    Yes, she has one daughter and she has one on

12   the way.

13        Q    Oh, Tammy and Beverly are both pregnant?

14        A    Uh-huh.

15        Q    Okay.  So how old is Beverly's daughter?

16        A    Four.

17        Q    How many bedrooms are there in the duplex,

18   in your dad's side of the duplex?

19        A    Two.

20        Q    Two bedrooms, okay.  Okay, did you go out

21   and go inside your dad's house?

22        A    Uh-huh.

23        Q    Okay.  Did you have anything to eat or what?

24   Did you get your chicken yet?

25        A    Huh-uh.
```

11

1      Q    Okay.  How long do you think you were there
2  at your dad's house?
3      A    For two hours.
4      Q    Okay.  What did you do when you were there?
5      A    Played outside.
6      Q    With anybody?
7      A    Uh-huh.
8      Q    Who did you play with?
9      A    With Tammy's kids and some other kids.
10     Q    Okay.  What kind of things did you play?
11     A    Like hide-and-go-seek and tag and Barbies?
12     Q    Okay.  So you were there about two hours,
13  and then what?
14     A    And then about when we went to the hotel --
15     Q    Okay, who is "we"?  You and Tammy and the
16  kids, or what?
17     A    Huh-uh, me and my dad.
18     Q    Okay.  How come Tammy didn't go with you?
19     A    Because I guess he didn't want her to go.
20     Q    Okay, when you went to leave to go -- when
21  you went to go get in the car to leave, where did your
22  dad tell you you were going?
23     A    He didn't tell me.
24     Q    Okay, what did he say to you?
25     A    Nothing.  He just told me that we were going

1   to go get some chicken because we had to eat -- we had

2   to eat before we went over to her sister's house.

3       Q    Okay.  So your dad told you you guys were

4   going to get some chicken?

5       A    Uh-huh.

6       Q    Okay, what did he tell Tammy?

7       A    That we were going to go get some chicken.

8       Q    Okay.  You heard him say that?

9       A    Uh-huh.

10      Q    Okay.  Where were you going to go to get the

11  chicken, do you know?

12      A    Huh-uh.  I think Popeye's.

13      Q    Is that close by where your dad lives?

14      A    Uh-huh.

15      Q    Okay.  Did you go there?

16      A    Huh-uh.

17      Q    Did you pass by there?  Did you see Popeye's

18  when you were in the car?

19      A    Huh-uh.

20      Q    Did you say anything to him?  What did he

21  say to you in the car when he was driving?  Anything?

22      A    He just told me we were going to go get some

23  chicken, and then we were going to go back, and we had

24  to eat, and later he had to get dressed.

25      Q    Okay.  Then what happened?

13

1      A    Then we never went to go get some chicken.

2      Q    Where did you go?

3      A    To the hotel.

4      Q    Uh-huh.  What was the name of the hotel?

5      A    I don't remember.

6      Q    Okay.  When you went to the hotel instead of

7 Popeye's chicken, did you say anything to your dad?

8      A    I asked him what we were there for.

9      Q    Uh-huh.  What did he say?

10      A    He said none of my business.

11      Q    Okay.  And then what?  Who got the room?

12      A    I don't think he went back.

13      Q    You don't think he went back where?

14      A    To the hotel.  Besides the time that we were

15 there.

16      Q    Well, when you first got there, when you

17 very first showed up with him, when he drove you

18 there, where did you park the car?

19      A    Right in front of the office.

20      Q    Okay.  Did he go in the office?

21      A    Uh-huh.

22      Q    Okay.  So he didn't go right to a room; he

23 had to go to the office first?

24      A    Uh-huh.

25      Q    Okay.  After he got back from the office and

1    got back in the car, what happened then?

2         A    We were still supposed to go get some

3    chicken.  And I asked him how come we didn't get no

4    chicken yet.  And then he said because he was trying

5    to get the hotel so him and Tammy can go stay in it.

6         Q    He told you it was for him and Tammy to stay

7    in?

8         A    Uh-huh.

9         Q    Okay, don't they have a house?

10         A    Yeah, but they were going out last night.

11    And I guess they were going to stay at the hotel.

12         Q    Okay.  Did he tell you they were going out?

13         A    Uh-huh.

14         Q    Okay, where were they going to go out to, do

15    you know?

16         A    The club.

17         Q    Okay.  Then what happened?

18         A    And then I told him that I was going to

19    leave if we didn't go get some chicken.  And then I

20    got out of the car.  And then I went in to see what it

21    looks like.  And then --

22         Q    Let me ask you, what what looked like,

23    honey?

24         A    What the hotel looked like.

25         Q    Uh-huh.

1      A    And then he was sitting in the car.   But

2    then he got out.   And then when he got out, and I had

3    went out the motel, and then he grabbed me, and pushed

4    me back in there.

5      Q    Okay.   So you went in to look at, see what

6    the motel room looked like?

7      A    Uh-huh.

8      Q    And he was sitting in the car?

9      A    Uh-huh.

10     Q    Right?

11     A    Uh-huh.

12     Q    And you said he got out of the car.   Were

13   you still in the hotel room, or had you come back out?

14     A    I came back out.

15     Q    You came back out.   Did you get back in the

16   car again?

17     A    Huh-uh.   I didn't even make it to the car.

18     Q    Okay.   He got out of the car, and what did

19   he do?

20     A    And then he grabbed me into the motel.

21     Q    Okay.   And after he put you -- he grabbed

22   you into the motel, then what happened?

23     A    And then we were talking.   And then I told

24   him that I didn't want to be there, I wanted -- and

25   then I tried to go out.   And he was blocking my way to

1   the door.

2          And then I sat on the bed, and then he

3   pushed me so I was laying down.  And then he got on

4   top of me.  And I tried to get up.  And I told him to

5   get off me.  And he told me that he wasn't going to

6   move.

7      Q   Okay.  Did he say anything to you when he

8   pushed you back on the bed?

9      A   Huh-uh.

10     Q   He didn't say anything to you?

11     A   He told me that we weren't done talking, so

12  then I couldn't leave.

13     Q   Okay.  So when he pushed you backwards on

14  the bed, where were his hands on your body when he

15  pushed you?

16     A   Right here.

17     Q   On -- just on one shoulder?

18     A   On both.

19     Q   On both shoulders?  Okay.  So he pushes with

20  his hands, what, this way?

21     A   Uh-huh.

22     Q   And pushes you back on the bed.  And what's

23  he doing?

24     A   He's like sitting on top of me.  And I tried

25  to get up and push him off of me.  And then right here

1    he squeezed my arm.

2         Q    Uh-huh.

3         A    And then he pushed me back again.

4         Q    Okay.  He was sitting on top of you?

5         A    Uh-huh.

6         Q    Where was his legs?

7         A    Like wrapped around my legs.

8         Q    Okay.  Was he sitting on your legs?  Okay,

9    you were -- when he pushed you backwards -- so which

10   way were you facing?  Were you facing face down on the

11   bed, and he was on top, you know, holding you down

12   from behind you?

13        A    Huh-uh.

14        Q    No?  Okay.  Which way were you facing?

15        A    I was laying on my back.

16        Q    Laying on your back?  Okay.  Now does he

17   like sit his butt down on your legs?

18        A    Uh-huh.

19        Q    Okay.  And held your legs down by sitting

20   with his butt on your legs?

21        A    Uh-huh.

22        Q    Okay, where were his legs?

23        A    They were like kind of -- one of them was

24   hanging down, and one of them was wrapped around both

25   of my legs.

1      Q   Okay.  And he pushed you down.  And then

2  what did he say?

3      A   He told me -- I told him to get off of me,

4  and he told me that he's not going to move because he

5  wasn't done talking to me.

6      Q   Wasn't done talking to you.  Okay, then what

7  happened after he said that?

8      A   And then he was still talking to me, and

9  then he got really close to me.  And then I told him

10  to get away from me and that I wanted to leave.  And

11  then he told me that he wasn't going to move, and then

12  he put his hands in my pants.

13      Q   Okay.  What did you have on?  What kind of

14  clothes did you have on?

15      A   I had on some black pants and a white and

16  blue shirt.

17      Q   Okay.  Were they black jeans or what?  What

18  kind of black pants were they?

19      A   Black jeans.

20      Q   Jeans, okay.  Do your jeans fit you pretty

21  tight?

22      A   Huh-uh.

23      Q   They were real loose?  How big are they

24  around your waist?

25      A   They're like kind of big that I have to wear

1    a belt.

2         Q    Did you have a belt on?

3         A    Uh-huh.

4         Q    Okay.  How did he get his hands in your

5    pants if you have a belt on?

6         A    Because like when I tried to get up, then he

7    pushed me down, and he unbuckled my pants.

8         Q    He unbuckled the belt?  Okay.  Did you say

9    anything to him when he did that?  What did you say?

10        A    I told him to stop.  And then he didn't.

11   And I tried to get up, and he wouldn't let me up.

12        Q    What did he say to you when you told him to

13   stop?

14        A    Nothing.

15        Q    Okay, so he unbuckled your belt, and then

16   what happened?

17        A    And then he put his hands in my pants.

18        Q    Okay, when you say in your pants, what did

19   you have on underneath the jeans, anything?

20        A    Some underwear.

21        Q    Underwear, okay.  Did his hand go on the

22   outside of your jeans?

23        A    Like what do you mean by that?

24        Q    Well, outside the clothes --

25        A    Huh-uh.

1       Q     -- or inside the clothes?

2       A     Inside.

3       Q     Inside.  Was his hand -- it was inside your

4    jeans, right?  You said down your jeans.  Where -- can

5    you stand up and show me now how far down his hands

6    went when he put them down, to your belly button or

7    what?

8       A     Huh-uh, it was farther.

9       Q     Can you just go ahead and stand up and show

10   me to how far down.

11      A     Like farther.

12      Q     Stand up so I can see because you got awful

13   baggy clothes on.  Just pull it up to here.  Okay, so

14   his hand went -- go ahead and show me.  That's okay.

15      A     Right to there.

16      Q     All the way down to there?

17      A     Uh-huh.

18      Q     Okay.  So what do you call that part of your

19   body down there?

20      A     The private part.

21      Q     Private part?  Was it over the top of your

22   undies?

23      A     What do you mean by that?

24      Q     Well, if you put your hand down your pants

25   and you have underwear on, it can go in between,

21

1    outside the underwear and inside the jeans?  Is that

2    what happened?

3         A    Huh-uh, he put his hand down my underwear.

4         Q    Oh, inside the underwear too?

5         A    Uh-huh.

6         Q    Okay.  So what happened when his hand went

7    down there on your private part inside your underwear?

8         A    I told him to stop and let me go.

9         Q    Okay, did he?

10        A    And he started kissing on me.

11        Q    Okay.  Did his hand anything when it went

12   down there?  It just stayed there on your private part

13   and that's all, his hand just stayed down there.

14        A    Huh-uh, it was moving.

15        Q    Moving which way?

16        A    Like up and down.

17        Q    His whole hand?

18        A    Uh-huh.

19        Q    Okay, and he tried kissing on you?  Where

20   did he kiss you?

21        A    On my mouth.

22        Q    Okay.  How did he kiss you on your mouth?

23   Like you kiss your mom?

24        A    Huh-uh.

25        Q    How did he kiss you?

1       A       Like with his tongue.

2       Q       Okay.  What did he say to you when he's

3   doing this?

4       A       Nothing.

5       Q       He didn't say anything at all?

6       A       And then I screamed, and then he told me to

7   be quiet.

8       Q       Okay.  And then what happened?

9       A       And then I still tried to move.  And then he

10  moved, and I got up.  And I went to his car and I got

11  my backpack and stuff and I went to many places to try

12  to use their phone.

13      Q       Uh-huh.

14      A       And then I went to 7-Eleven.

15      Q       Okay.  What happened when you got to

16  7-Eleven?

17      A       I called my mom.

18      Q       Okay.  And what happened after you called

19  your mom?

20      A       Then she came.

21      Q       How far away is the 7-Eleven from the motel

22  room?

23      A       I don't remember.

24      Q       How far did you have to walk to get to

25  7-Eleven, do you remember?  Was it real far or a

23

1      couple of blocks or what?

2          A     A couple of blocks.

3          Q     A couple of blocks.   Where did your mom pick

4      you up at?

5          A     In the 7-Eleven parking lot.

6          Q     Do you remember about what time it was when

7      you called your mom?

8          A     11:00.

9          Q     11:00?  Why do you think your dad did this?

10         A     I don't know.

11         Q     Has he ever done anything like this before?

12         A     Huh-uh.   I think it was because -- part of

13     it was because he was drinking.

14         Q     Ah.   How much had he had to drink?

15         A     I don't know, but he had a lot.

16         Q     How do you know he had a lot?

17         A     He had seven original beers, and then he had

18     a big old bottle of something.

19         Q     Did you count the beers when he drank them,

20     the seven of them?

21         A     Uh-huh.

22         Q     Okay, when did you count the first one that

23     he drank?   When was that?

24         A     When he first started.

25         Q     When he first started what?

24

1      A      Drinking it.

2      Q      I know, but when was that?  When did you --

3   where were you when you first saw him drink his first

4   beer?

5      A      We were sitting on the porch playing

6   Barbies.

7      Q      Oh, okay, so it was over at his house?

8      A      Uh-huh.

9      Q      Okay.  How do you know he had seven?

10     A      Because I counted them.

11     Q      How many beers do you think he had while you

12   were at his house before you left again?

13     A      Eight.

14     Q      You said seven beers, and now it's eight.

15     A      Yeah, because he like had some that was in

16   kind of a medium bottle, and then he had one in a kind

17   of fat bottle and a skinny bottle.

18     Q      Did he bring some with him to the motel?

19     A      Huh-uh.

20     Q      Did he stop off and buy some more?  So by

21   the time you got to the motel, he hadn't had any more?

22     A      Huh-uh.

23     Q      He drank all of them already?  What about

24   drugs, marijuana and stuff like that?

25     A      Huh-uh, he just smoked cigarettes.

25

```
 1        Q    Just smoked cigarettes.  Do you know whether

 2   or not he does any kind of drugs of any kind?

 3        A    Huh-uh.

 4        Q    Huh-uh, you don't know, or huh-uh, he

 5   doesn't do it?

 6        A    He doesn't do it.

 7        Q    Okay.  What did it feel like when it

 8   happened down there?

 9        A    I don't know.

10        Q    Good, bad?

11        A    Bad.

12        Q    Hot, cold?

13        A    It felt bad.

14        Q    It felt bad.  Okay.  So did he only put his

15   hand down there just that one time that you're telling

16   me?

17        A    Uh-huh.

18        Q    Okay.  How do you feel about your dad?

19        A    Like what do you mean?

20        Q    Like him, don't like him?

21        A    I like him.

22        Q    You like your dad?  Okay.  How do you feel

23   about what happened here at the motel room?

24        A    Bad.

25        Q    Bad, okay.  Has he called you or talked to
```

26

1     you since it happened?

2          A     He called three times last night.  He called

3     twice from his house and once from a pay phone.

4          Q     Uh-huh.  Did you talk to him, or did your

5     mom?

6          A     Just my mom.

7          Q     Were you there when she talked to him?

8          A     Uh-huh.  When he called from the pay phone,

9     it was around 1:38, and we were in bed.

10         Q     Uh-huh.

11         A     And then he called before that, and we were

12    there; but the second time that he called from his

13    house, we weren't there.

14         Q     Okay.  So do you have caller ID; is that how

15    you know?

16         A     Uh-huh.

17         Q     Okay.  The first time he called from his

18    house and you were there, did somebody answer the

19    phone?

20         A     Yeah, my auntie did.  And then we were

21    talking to the police officer, and then my auntie told

22    us that he was on the phone.  And then my mom was

23    talking to him.

24         Q     Okay, did you hear what your mom said to

25    him?

27

1      A     She was cussing him out.

2      Q     Uh-huh, okay.  Has anybody ever done

3  anything like this before?

4      A     Huh-uh.

5      Q     Do you have any boyfriends?

6      A     Uh-huh.

7      Q     Do you?  Are you sexually active with your

8  boyfriends at all?  No?  I know it's a private

9  question, but I have to ask.

10         What do you want to see happen with this

11  now?

12     A     I don't know.  I just don't want him to go

13  to jail, though.

14     Q     That's not my decision to make, though.  I

15  can't answer that one for you.  I don't know.

16         What do you think he'll say when I ask him

17  about this?  Because I'm going to try and get ahold of

18  him and see if he'll come in and talk to me.

19         How often do you get to visit with your dad?

20  Very often?

21     A     Uh-huh.

22     Q     Do you?  How is he usually with you?

23     A     Like what do you mean?

24     Q     Is he usually pretty good with you?  Do you

25  guys get along pretty good?

1        A      Uh-huh.

2        Q      Do you?  I notice you're crying.  How come

3    you're crying?  What are you feeling inside that's

4    making you cry?

5        A      I don't want him to go to jail.

6        Q      You're crying because you don't want him to

7    go to jail?  Why do you not want him to go to jail?

8        A      ████████████████████████████████████████

9    ██████████████████████████████████

10       Q      ████████████████████████████████

11       A      ████████████████

12       Q      ████████████████████████████████████

13       A      ██████████████

14       Q      ████████████████████████████████████    I

15   can't promise you anything one way or the other.

16   That's up to the district attorney and stuff to decide

17   that kind of stuff.  I can't make those decisions.

18   I'm a detective and I investigate the cases.  That's

19   what I'm here for is to investigate the case, talk to

20   you, see what happened, see what you say, talk to your

21   mom for a little bit.  If I can get ahold of your dad,

22   I'll talk to him and have him come in and talk to me

23   too.

24              That's what I was wondering, you know, when

25   his turn comes and I have to talk to him, what do you

1    think he would say?  Do you think he'll admit what

2    happened?  No?  How come?

3              Well, you know the difference between what's

4    true and what's not true, don't you?  Can you explain

5    the difference.  What's the difference between the

6    truth and a lie?

7         A    The truth is like say exactly what you did.

8         Q    Uh-huh.

9         A    And a lie is saying the opposite.

10        Q    And what you're telling me here today as far

11   as what happened with your dad in the motel and

12   everything, is that the truth or is that a lie?

13        A    The truth.

14        Q    Okay.  Do you think your dad should tell the

15   truth too?  Do you think he will?  Do you?

16             Have you had any kind of sex education

17   classes at school?

18        A    Uh-huh.

19        Q    Have you?  Okay, so you know what the parts

20   of a girl are called?  All right, because you call it

21   private parts, right?  Okay.  What are some of the

22   other names for a girl's private parts?

23        A    A vagina.

24        Q    Okay.  And where is the vagina on a girl?

25        A    Down here.

30

1       Q    And when you had your classes, you know, in

2    school and stuff, did they show you the part on the

3    drawing where it goes up inside?

4       A    I don't remember.

5       Q    Okay.  I guess what I'm trying to ask is --

6    it may be difficult for you to talk about, maybe

7    that's where the biggest problem is coming in -- but

8    when he had his hand down there, did it go anyplace,

9    his hand or his fingers, besides just up and down?  Is

10   that a yes?

11      A    Uh-huh.

12      Q    Okay, where else did it go besides up and

13   down?

14      A    Inside.

15      Q    Okay, that's what I wanted to know.  Because

16   you're old enough to know that girls have an inside,

17   right?

18      A    Uh-huh.

19      Q    Okay.  What part of his hand went inside?

20      A    Like his fingers.

21      Q    How many of them, do you know?

22      A    Four.

23      Q    Four of his fingers went inside?  Okay.  How

24   did that feel when that happened?

25      A    Bad.

31

1     Q    Bad in what way?

2     A    What do you mean by that?

3     Q    Well, are you talking about bad feeling

4 here, bad feeling here, or bad hurt kind of feeling?

5     A    Bad hurt.

6     Q   Okay, hurt.  Did you bleed?  No?  Okay.  Has

7 anybody ever put anything up inside of you before?

8     A    Huh-uh.

9     Q    Any of your boyfriends or anything like

10 that?  Okay.  Are there any questions that you have

11 for me?

12     A    Like what else do you guys do besides

13 investigate?

14     Q    That's about all I do.  That's all I do.

15 That's what I do for a living is investigate.  I

16 listen to everybody's side of the story, yours, your

17 mom's, your dad's if he'll talk to me.  That's what I

18 do.  That's what investigators do.  They gather the

19 facts together, get everybody's story together, things

20 like that.

21          Anything else that you have to ask?

22          Well, we'll go ahead and take you back

23 downstairs.  And we'll have your mom come up here for

24 just a few minutes.  She won't be up here very long.

25 Okay?

32

1       A    Uh-huh.

2       Q    I want to talk to her just a little bit.

3    And then I'll bring her back down.   Okay?

4       A    Uh-huh.

5            (End of interview)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Don Law #83245
unit-8R-108
BCCF
11560 County Rd F.F. 75
          Las Animas, co
          81054-9573

U.S.
Att.