# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.    08-CV-01750

(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2008

GREGORY C. LANGHAM
CLERK

     DON LAW            , Applicant,

v.

     THE STATE OF COLORADO      , Respondent,

(Name of warden, superintendent, jailer, or other custodian)

and

The Attorney General
of the State of:      COLORADO      , Additional Respondent.

(Note: If you are attacking a judgment that imposed a sentence to be served in the future, you must fill in the name of the state where the judgment was entered. If you have a sentence to be served in the future pursuant to the judgment of a federal court, you should file a motion pursuant to 28 U.S.C. § 2255 in the federal court that entered the judgment.)

---

## APPLICATION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2254

---

### A. CONVICTION UNDER ATTACK

1.   Name and location of the court that entered the judgment of conviction you are attacking:

     DISTRICT COURT, DENVER COUNTY

2.   Date the judgment of conviction was entered:

     THE DATE OF CONVICTION WAS; 1-17-2001

(Rev. 3/27/08)

3. Case number:  00 CR 3135

4. Describe the type and length of sentence imposed:  15 YEARS TO LIFE

5. Are you serving a sentence that was imposed for a conviction other than the conviction you are attacking in this application?  ___ Yes  _X_ No  (CHECK ONE)

6. Nature of the offenses with which you were charged: (all counts)  SEXUAL ASSAULT ON A CHILD SEXUAL ASSAULT ON A CHILD BY A PERSON IN A POSITION OF TRUST )AGGRAVATED INCEST

7. On which counts were you convicted?  ON ALL(3)COUNTS

8. What was your plea?  NOT GUILTY

9. If you pled guilty pursuant to a plea bargain, describe the terms and conditions of the plea:

10. Kind of trial:  _X_ Jury  ___ Judge only  (CHECK ONE)

11. Did you testify at trial?  ___ Yes  _X_ No  (CHECK ONE)

## B. DIRECT APPEAL

1. Did you file a direct appeal?  _X_ Yes  ___ No  (CHECK ONE)

2. Name and location of court in which the direct appeal was filed APPELLATE COURT:COLORADO COURT OF APPEALS

(Rev. 3/27/08)                    2

3.  Date and result of direct appeal
    (attach a copy of the decision if
    available):                           DATE 1-16-03 JUDGMENT AND SENTENCE AFFIRMED

4.  Did you seek review in the state's
    highest court on direct appeal?       __ Yes X No (CHECK ONE)

5.  Date and result of review in state's
    highest court (attach a copy of the
    decision if available):               _____

6.  List the claims raised on direct
    appeal:                               INEFFECT'ED ASSISTANCE OF COUNSEL

    AND THE VICTIM MS.FAITH LAW WAS LIEING IN HER STATEMENT AND IN

        COURT.

        _____

        _____

7.  Were all claims raised on direct
    appeal presented to the state's
    highest court?                        __ Yes X No (CHECK ONE)

8.  If you did not file a direct appeal or
    if you did not present all of your
    claims to the state's highest court,
    explain why:                          VICTIM MS.FAITH LETTER TO THE

    DEFENDANT WAS NOT LEARNED OF UNTAL THE DEFENDANT APPEAL WAS OVER

## C. POSTCONVICTION PROCEEDINGS

1.  Other than a direct appeal, have you initiated any
    postconviction proceedings with respect to the
    judgment under attack in any state or federal
    court?                                X Yes __ No (CHECK ONE)

(Rev. 3/27/08)                    3

2.      If you answered "Yes" to question 1., give the following information for each postconviction proceeding.  If you have initiated more than one postconviction proceeding, use extra paper to list each proceeding using the format below.

    A.      Name and location of court DISTRICT COURT DENVER COUNTY COLORADO

    B.      Type of proceeding:      POST-CONVICTION RELIEF

    C.      Date filed:      APRIL 16,2008

    D.      List the claims raised:      TAINTED TESTIMONY )

THAT THERE EXIST EVIDENCE OF MATERIAL FACTS NOT

HERETOFORE PRESENTED AND HEARD,WHICH,BY THE EXERCISE OF

REASONABLE DILIGENCE,COULD NOT HAVE BEEN KNOW TO OR LEARNED

BY THE DEFENDANT OR HIS ATTORNEY PRIOR TO THE SUBMISSION OF

THE ISSUES TO THE COURT AND JURY.

    E.      Date and result (attach a copy of the decision if available):      JUNE 6,2008 ),DENIED

    F.      Did you appeal?      ___ Yes  X No  (CHECK ONE)

    G.      Date and result on appeal (attach a copy of the decision if available):

    H.      Did you appeal to the state's highest court?      ___ Yes  X No  (CHECK ONE)

    I.      Date and result of appeal to highest state court (attach a copy of the decision if available):

## D. CLAIMS

CAUTION: To proceed in federal court, you ordinarily must exhaust the remedies available to you in the state courts for each claim asserted in this action. If you fail to assert all your claims in this application, you may be barred from presenting additional claims at a later date.
State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important. You do not need to cite specific cases to support your claim(s). If you need additional space to describe any claim or to assert additional claims, use extra paper to continue the claim or to assert the additional claims. Identify clearly any additional pages that you attach to this form.

1.  Have you fairly presented to the state's highest
    court each of the claims asserted in this action?      ✗ Yes __ No  (CHECK ONE)

2.  If you answered "No" to question 1., list the
    claims that have not been fairly presented to
    the state's highest court and explain why:      _____

    _____

    _____

3.  Claim One:   DISTRICT ATTORNEY MS.KERRI LOMBARDI PRESENTED
    _____
                     TAINTED TESTIMONY AT TRIAL

    A.  Supporting facts:

    DISTRICT ATTORNEY MS.KERRI LOMBARDI only witness with direct
    knowledge was the victim ms.faith law and she admitted to give
    ing tainted testimony when she said that she lied in court.
    DUE PROCESS RIGHTS WAS VIOLATED WHEN DISTRICT ATTORNEY
    MS.KERRI LOMBARDI PRESENTED TAINTED TESTIMONY AT TRIAL

    B.  If this claim was not raised on direct appeal or in one of the state postconviction
        proceedings already described above, explain how you have exhausted state court
        remedies for this claim:

(Rev. 3/27/08)                          5

4.   Claim Two:   THAT THERE EXIST EVIDENCE OF MATERIAL FACTS

     A.   Supporting Facts:

THE defendant says that there exists evidence of material facts
not heretofore presented and heard,which by the exercise of
reasonable diligence,could not have been known to or learned
by the defendant or his attorney prior to the submission of the
issue to the court and jury, and which requires vacating of the
conviction in the interest of justice.

     B.   If this claim was not raised on direct appeal or in one of the state postconviction
proceedings already described above, explain how you have exhausted state court
remedies for this claim:

5.   Claim Three:   THE PEOPLE FILED CHARGES AGAINST THE
DEFENDANT WITHOUT IMPOSING AN INDICTMENT.

     A.   Supporting facts:

THE PEOPLE FILED CHARGES AGAINST THE DEFENDANT WITHOUT IMPOSING
INDICTMENT to charge the defendant the district attorney violated
the defendant constitutional right under article(v).

     B.   If this claim was not raised on direct appeal or in one of the state postconviction
proceedings already described above, explain how you have exhausted state court
remedies for this claim:

(Rev. 3/27/08)                                    6

District Court, City and County of Denver, Colorado

Court Address: 1437 Bannock Street
                Denver, Colorado 80202

**Plaintiff:** PEOPLE OF THE STATE OF COLORADO

**Defendant:** DON LAW

**△ COURT USE ONLY △**

Case Number: 2000CR3135

Ctrm: 17

## COURT'S ORDER RE: DEFENDANT'S MOTION FOR POST-CONVICTION RELIEF PURSUANT TO CRIM. P. RULE 35(c)

**THIS MATTER** is before the Court on Defendant's *pro se* Motion to Vacate Conviction, filed April 23, 2008. The Court, having reviewed the motion, all related pleadings, the file, and being fully advised, hereby Finds and Orders as follows:

1. On January 17, 2001, a jury convicted Defendant of sexual assault on a child by a person in a position of trust (count two), aggravated incest (count three), and sexual assault on a child (count four). The Court sentenced Defendant to concurrent terms of 15 years to life in the department of corrections on counts two and three and six years to life on count four. Defendant appealed his conviction. The Court of Appeals affirmed the judgment and sentence on September 7, 2003. *People v. Law*, __ P.3d __(Colo. App. No. 01CA0664, Jan. 16, 2003). Defendant filed a motion for reconsideration of sentence pursuant to Crim. P. 35(b); denied January 29, 2004. Defendant then filed a post-conviction motion for a new trial based on newly discovered evidence pursuant to Crim. P. 35(c); denied December 6, 2006. Defendant appealed the trial court's ruling. The Court of Appeals affirmed the trial court's denial of Defendant's Crim. P. 35(c) motion on January 31, 2008. *People v. Law*, __ P.3d __(Colo. App. No. 07CA164, Jan. 31, 2008).

2. It is the substance of a post-conviction allegation that determines what rule it is considered under. *People v. Collier*, 151 P.3d 668, 670 (Colo. App. 2006). The Court will construe Defendant's motion as filed pursuant to Crim. P. Rule 35 (c) as it alleges newly discovered evidence.

3. Defendant's motion is successive. The arguments regarding newly discovered evidence are substantially similar to those previously addressed by the Court and affirmed by the Court of Appeals. The court shall deny any claim "that was raised and resolved in a prior appeal or post-conviction proceeding on behalf of the same defendant." Crim. P. 35(c)(3)(VI). Generally, Crim. P. Rule 35 is not intended to provide a perpetual right of review for alleged errors. *People v. Hampton*, 528 P.2d 1311 (1974).

4. Accordingly, Defendant's Motion for Post-Conviction Relief is **DENIED** and all similar filings shall be summarily stricken.

**SO ORDERED** this ____ day of June 2008.

By the Court

CATHERINE A. LEMON
District Court Judge

cc:  District Attorney
     Defendant

NOW COMES THE DEFENDANT DON LAW,BY AND THROUGH(PRO SE)COUNSEL,
and moves this court to enter an order vacating his conviction in
this case.DEFENDANT DON LAW ask this court to reverse his
conviction due to(TAINTED TESTIMONY)that was presented by
DISTRICT ATTORNEY,MS.KERRI LOMBARDI at the defendant trial.
THE witness,MS.FAITH LAW who is also the victim in this case
perjured her self on the witness stand at trial.MS.FAITH LAW WAS
the only witness with direct knowledge of the alleged unlawful
sexual touching.THE testimony of all other witness regarding the
underlying conduct was based upon ms.faith law statement to them
THERE was no physical evidence of the alleged assault entered into
evidence defendant, was charged on JULY 17,2000,defendant(DON LAW)
was charged with(SEXUAL ASSAULT ON A CHILD BY A PERSON IN A
POSITION OF TRUST)(AGGRAVATED INCEST)(SEXUAL ASSAULT ON A CHILD).
THE charges that the people,filed against the defendant are all
false charges,there was no evidence to support the charges that
the PEOPLE,filed against the defendant(DON LAW).HEARSAY evidence
was the only evidence presented at trial.VICTIM MS.FAITH LAW testimony
and it was false the victim witness ms.faith law admitted that
she lied in her(STATEMENT)and in(COURT),and she admitted this in a
letter address to the defendant DATED(MAY 22,2003),ms.faith law
also admits that she lied to police officers in her statement.

                           THE DATE OF DEFENDANT CONVICTION WAS(JAN 16,
                           2000)MR.LAW'S CONVICTION
                           RESULTED PURSUANT TO TRIAL BY JURY.
                           DISTRICT ATTORNEY MS.KERRI LOMBARDI
                           PRESENTED(TAINTED TESTIMONY)AT THE DEFENDANT
                           TRIAL.

(1)CLAIMS:
DISTRICT ATTORNEY MS.KERRI LOMBARDI only witness with direct knowledge
was the victim ms.faith law and she admitted to giving tainted
testimony when she said that she lied in court.

(2)CLAIMS.
THE defendant says that there exists evidence of material facts not
heretofore presented and heard,which by the exercise of reasonable
diligence,could not have been known to or learned by the defendant or
his ATTORNEY prior to the submission of the issue to the court and jury
and which requires vacating of conviction in the interest of justice.

(3)AS TO EACH OF THESE Claims,mr.law moves for his conviction to be
vacated,mr.law also incorporates the request for relief in the
pleadings which are incorporated into this applicant

(4)CLAIMS
THE PEOPLE filed charges against the defendant without imposing an
indictment to charge the defendant the district attorney violated the
defendant constitutional right under article(v).

(A)SUPPORTING FACTS:MR.LAW MOVES FOR HIS CONVICTION TO BE VACATED
or a hearing on each of these claims at which mr.law shall present
evidence to the court on issue and claims set forth herein

(B)ALL CLAMS and argument are made under the following grounds and authorities,wether or not specifically stated in the claims itself protection,cruel and unusual punishment,confrontation,comulsory process,right to remain silent and right to appeal cluses of the united states constitution and colorado constitution,the privilege against self incrimination under the united states constitution and colorado constitution,the,first,fourth,fifth,sixth,eight,ninth,tenth, and fourteenth amendment to the united states constitution and the colorado constitution,ARTICLE,2.3,6,7,10,11,16,18,20,23,25,and,28.

(5)CLAMS
ON JULY 2,2000,defendant MR.DON LAW 12 year old daughter reported that the defendant had sexual assaulted her,(V.1.PP.1-4)the victim MS.FAITH LAW made a videotaped statement to the police.AT trial,the victim MS.FAITH LAW described the sexual abuse,and the jury viewed her videotaped interview with police during which she described the assault.

(A)SUPPORTING FACTS:DISTRICT ATTORNEY witness the victim MS.FAITH LAW statement to detective,lilly victim MS.FAITH LAW stated in her videotape interview that she had left the hotel room and walk to(7-ELEVEN)to, call her mother to come and get her.(SEE.PP30-31)transcript of interview with MS.FAITH LAW.

(B)IN MS.FAITH LAW's recantation letter address to the defendant dated(MAY 22,2003)MS.FAITH LAW states in her recantation letter that her mother had come to the hotel and picked her up(SEE.PP.1.)of the letter to the defendant MR.DON LAW.

(6)CLAMS.
IN MS.FAITH LAW videotaped interview with detective lilly MS.FAITH LAW, stated that the defendant climbed on top of her and put his hand down the inside of her underwear,and digitally penetrated her vagina while he kissed her with his tongue.see transcript from interview(PP.26-30-40

(A)SUPPORTING FACTS:IN MS.FAITH LAW's recantation letter to the defendant(DATED MAY 22,2003)victim MS.FAITH LAW states in her letter to the defendant that her mother was already mad that she was at that hotel and that's why she called the police and told me to tell the polic when they got to are house that you had pull my pants down and was touching on me my mom told me if i didn't do what she told me that she was going to put me out but she put me out anyway i just had to tell you the(TRUTH)about what happen my mom picked me up at the hotel not (7-ELEVEN)and she made me (LIE)in my(STATEMENT)and in(COURT), see victim letter to the defendant(PP.2.)of the letter.FALSE reporting to authorities.MUST appear by facts or direct averment it is not necessary that the information should set forth how or in what way the evidence alleged to be false was reported.APPEARS either from the facts alleged or by direct averment.FALSE statement means any false statement regardless of its admissible under rules of evidence.

(7)CLAIMS:
VICTIM MS.FAITH LAW testified at trial that her mother picked her up at
(7-ELEVEN)MS.FAITH LAW stated that she left the hotel room and walk
to(7-ELEVEN)to call her mother to come and get her(SEE.PP.30.31)
transcript of interview with MS.FAITH LAW:

(A)SUPPORTING FACTS:ON(MAY 22,2003)THE VICTIM MS.FAITH LAW wort the
defendant MR.DON LAW a letter in MS. FAITH LAW letter to the defendant
MS.LAW express worlds to the fact of the case,(FACT)when MS.LAW testifi
at trial her testimony was that she walk to(7-ELEVEN)to call her mother
to come and get her.(SEE.PP.30-31)transcript.IN MS.LAW'S letter to the
defendant dated(MAY 22,2003)MS.LAW acknowledges that her mother did not
pick her up at(7-ELEVEN)she express in the letter that her mother in
fact picked her up at the hotel(SEE.PP.1)of the letter to the defendant
(FACT)when MS.LAW testified at trial her testimony was that the
defendant had climbed on top of her and put his hand down the inside
of her underwear.IN MS.LAW'S letter to the defendant MS.LAW express
words of acknowledgment that her mother had told her to tell the police
that the defendant had pull her pants down and was touching on her(FACT
at the end of the letter it is singed by MS.FAITH LAW it says love faith
(FACT)in the victim letter to the defendant the victim acknowledge that
she (LIED)IN(COURT)and in her(STATEMENT)the victim MS.LAW express
words in her letter to the to the main(FACT)of the case even to some
essential part of it.ACKNOWLEDGMENT is an oral written statement to the
main fact the victim confess to lien in(COURT)and singed her name to
the written confession.

(B)(1)CONSTITUTION(LAW-268-(9)CONVICTION acquired through use of
perjured testimony by government violates(DUE PROCESS)regardless of
wether government solicited testimony that it new or should have
known to be false or simply all owed such testimony to pass uncorrected.
u.s.c.a,const,amends;5-14;government's failure to produce letter writter
by victim was(BRADY VIOLATION)REQUIRING REVERSAL FOR DENIAL OF DEFENDAN'
DUE PROCESS RIGHTS.IN light of material nature of letter on critical
issue of victim's credibility concerning charge,victim admitted in
letter that she had lied.JUDGE held that government committed brady
violation requiring reversal for denial of due process by failing to
produce letter written by victim.

DISTRICT ATTORNEY MS.KERRI LOMBARDI VIOLATED DEFENDANT MR.DON LAW
DUE PROCESS RIGHT.DISTRICT ATTORNEY MS.LOMBARD ALSO VIOLATED DEFENDANTS
CONST,UNDER,AMENDS:5-14.DEFENDANTS RIGHT WAS ALSO VIOLATED UNDER AMEND
ARTICLE(V).

APPLICATE HAS ALREADY SENT THE FOLLOWING INFORMATION HAS ALREADY BEEN
SENT TO THE CLERK'S OFFICE COPY OF VICTIM MS.LAW'S LETTER CLAIMING
THAT MR.LAW TOUCHED HER IMPROPERLY AND THAT SHE LIED IN COURT.
TRANSCRIPT STATEMENT AND STATEMENT MADE TO THE POLICE ALL HAVE BEEN SENT
TO THE CLERK OF THE COURT.

## E. PRIOR APPLICATIONS

1. Other than the instant action, have you filed any
   action in federal court challenging the conviction
   under attack in this action?                          __ Yes  **X** No  (CHECK ONE)

2. If you answered "Yes" to question 1., give the following information for each prior
   federal court action challenging the conviction under attack in this action.

   A.  Name and location of court:      _____

   B.  Case number:                     _____

   C.  Type of proceeding:              _____

   D.  List the claims raised:          _____

   E.  Date and result (attach a
       copy of the decision if
       available):                      _____

3. If the instant application is a second or successive
   application, have you obtained authorization from
   the United States Court of Appeals for the Tenth
   Circuit for this court to consider the application?    __ Yes  **X** No  (CHECK ONE)

## F. TIMELINESS OF APPLICATION

If the judgment of conviction under attack in this action became final more than one year ago,
explain why the application is not barred by the one-year limitation period in 28 U.S.C.
§ 2244(d).  Attach additional pages, if necessary.

    APPLICANT IS FILEING WELL WITH THAN THE ONE YEAR TIME LINE
APPLICANT COULD FILE A FEDERAL HABEAS CORPUS WHICH IS TO BE FILED
WITHIN A YEAR OF HIS CONVICTION BECOMING FINAL.
APPLICANT MANDATE WAS ISSUED ON MARCH 28,2008.
FROM THE COURT OF APPEALS CASE NUMBER:2007CA000164.

(Rev. 3/27/08)                    7

## G. OTHER CONVICTIONS

1. Do you have any concurrent or future sentence(s)
   to be served after you complete the sentence
   imposed as a result of the conviction under attack?

   ___ Yes **X** No  (CHECK ONE)

2. If you answered "Yes" to question 1., give the following information for each sentence:

   A. Name and location of the court:  _____

   B. Case number:  _____

   C. Type and length of sentence:  _____

## H. LEGAL REPRESENTATION

1. List the names and address, if known, of each attorney who has represented you in
   proceedings regarding the conviction under attack:

   A. Preliminary hearing: CYRUS CALLUM#7622  110 16 ST SUIT 1300
   STATE PUBLIC DEFENDER DENVER,CO 80202

   B. Arraignment and plea: CYRUS CALLUM#7622 state public defender
   110 16 ST ,suit,1300 DENVER,CO 80202

   C. Trial CYRUS CALLUM, #7622 state public defender
   110 16,ST SUIT#1300 DENVER,CO 80202

   D. Sentencing: CYRUS CALLUM#7622 state public defender
   110 16,ST SUITE 1300 DENVER,CO 80202

   E. Appeal: ELISABETH H.WHITE#33268 state public defender
   110 16,ST SUITE 1300 DENVER,CO 80202

   F. Postconviction proceedings: DWIGHT H.MANN#33756
   P.O.BOX 211303 ROYAL PALM BEACH,FL 33421

   G. Appeal from any adverse ruling
   in postconviction proceedings: CAROLYN A.BLANCHARD#34066 P.O.BOX 2826
   CRESTED BUTTE,CO 81224

(Rev. 3/27/08)                    8

## H. REQUEST FOR RELIEF

I request the following relief:

APPLICANT asking the court to vacate his conviction pursuant to DISTRICT attorney MS.KERRI LOMBARDI presented tainted testimony at the defendant trial violating the defendant DUE PROCESS RIGHT the district attorney also

violated defendant const under amend.5.14.DEFENDANT RIGHTS also was
    violated under amend,article(V).
DEFENDANT IS ALSO ASKING THE COURT TO GRANT HIM RELIEF FOR LOSE OF WAGES
DEFENDANT WAS MAKING(8500,a week defendant has been locked up(FOR 9,YEARS)
THE LOSE OF WAGES COMES UP TO(3,264,000)THAT'S FROM(2001,2002,2003,2004,2005,
2006,2007,2008,2009,).

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on <u>Sept 15, 2008</u>
                    (Date)

_(Applicant's Original Signature)_

Applicant's prisoner identification number and complete mailing address:

DON LAW#83245 BCCF COUNTY RD F.F.75 LAS ANIMAS,CO.81054

Respondents' names and complete mailing addresses:

MS.KERRI LOMBARDI DISTRICT ATTORNEY'S OFFICE 201 W,COLFAX.8TH FLOOR DENVER,CO

ZIP#80202

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING PLEADING DOCUMENT WAS MAILED TO

DATED THIS DAY OF _Sept 15, 2008_

DISTRICT ATTORNEY MS.KERRI LOMBARDI
201 WEST COLFAX.8TH FLOOR
DENVER,CO 80202

CLERK OF THE COURT
UNITED STATES COURTHOUSE
901 19TH STREET,ROOM A105
DENVER,CO 80294-3589

APPLICANT'S ORIGINAL SIGNATURE

JOHN W.SUTHERS,ATTORNEY GENERAL
1525 SHERMAN STREET,7th floor
DENVER,CO 80203