Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: CDX012900
Cashier ID: sg
Transaction Date: 09/12/2008
Payer Name: ALICE LAW
------------------------------------
WRIT OF HABEAS CORPUS
 For: DON LAW
 Amount:        $5.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 08930122606
 Amt Tendered: $5.00
------------------------------------
Total Due:       $5.00
Total Tendered: $5.00
Change Amt:      $0.00

08-CV-1750-BNB


A fee of $45.00 will be assessed on
any returned check.