**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01750-ZLW

DON LAW,

     Applicant,

v.

THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     Applicant's motion titled "Mr. Don Law's Motion Responding to the Judge (Order) Dated July 5, 2012" (ECF No. 18) filed on July 23, 2012, is DENIED for the same reasons set forth in the Court's Order (ECF No. 17) entered in this action on July 5, 2012.

Dated:  July 23, 2012